IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALGIE BRADSHAW, ET AL. : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 99-6366 |
| CAPACITY OF TEXAS INC., ET AL. : | |

# O R D E R

**AND NOW**, this   26th   day of   August  , 2016, upon consideration of Plaintiffs' Motion for Judgment *Non Obstante Veredicto* or, in the Alternative, New Trial on Factual Cause and/or Damages (ECF No. 67), and all papers submitted in support thereof and in opposition thereto, it is **ORDERED** that Plaintiffs' Motion is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**